UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KRYSTLE WHITMORE, individually and on behalf of all other similarly situated, | ) ) ) | Case No.: 1:26-cv-01086-TWP-CSW |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| ASCENSION HEALTH MINISTRY SERVICE CENTER, LLC and ASCENSIONCONNECT, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF INITIAL EXTENSION OF TIME**

Defendants, Ascension Health Ministry Service Center, LLC ("Ascension Health Ministry") and AscensionConnect, LLC ("AscensionConnect"),[1] file their Notice of Initial Extension of Time pursuant to S. D. Ind. L.R. 6-1(a) and state:

1.    Plaintiff, Krystle Whitmore, filed her Complaint on May 27, 2026.  (Doc. 1).

2.    Plaintiff served Ascension Health Ministry on June 1, 2026, and served AscensionConnect, LLC, on June 4, 2026.

3.    Accordingly, Ascension Health Ministry's deadline to respond or otherwise plead to the Complaint is June 22, 2026, and AscensionConnect, LLC's deadline to respond or otherwise plead to the Complaint is June 25, 2026.

4.    The deadlines for Defendants to move, respond or otherwise plead to Plaintiff's Complaint have not been previously extended.

---

[1] Defendants have informed Plaintiff, through her counsel, that Ascension Health Ministry is not an appropriate party to this action and should be dismissed. The parties are presently conferring over dismissing Ascension Health Ministry. Further, because Ascension Health Ministry is not a proper defendant, the parties are also conferring on whether this action should be transferred to the United States District Court for the Eastern District of Missouri where AscensionConnect is headquartered.

5.      A case management plan has not been entered; thus, an extension of time to respond to the Complaint will not affect any deadlines.

6.      On June 10 and 11, 2026, counsel conferred via email over the extension sought in this Notice. Plaintiff has no objection to this initial extension.

7.      With this initial 28-day extension of time, Defendants' response(s) to Plaintiff's Complaint are due on or before July 20, 2026, and July 23, 2026, respectfully.

**WHEREFORE**, Defendants respectfully request that the Court extend their respective deadlines to respond or otherwise plead to the Complaint up to and including July 20, 2026, and July 23, 2026, respectfully, and grant all other appropriate relief that the Court deems necessary.

Respectfully submitted,

*/s/ Chad H. Holler*

Chad H. Holler
JACKSON LEWIS P.C.
111 Monument Circle
Suite 2600
Indianapolis, IN  46204
Tel:    (317) 489-6930
Fax:    (317) 489-6931
*chad.holler@jacksonlewis.com*

Attorney for Defendants,
*Ascension Health Ministry Service Center, LLC*
*and AscensionConnect, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Kimberly D. Jeselskis
JESELSKIS BRINKERHOFF AND JOSEPH LLC
320 North Meridian Street
Suite 428
Indianapolis, IN 46204
317-220-6290
Fax: 317-220-6291
*kjeselskis@jbjlegal.com*

*/s/ Chad H. Holler*
Chad H. Holler

4929-0132-6260, v. 1

3