UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRYSTLE WHITMORE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASCENSION HEALTH MINISTRY SERVICE CENTER, LLC and ASCENSIONCONNECT, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.:  1:26-cv-01086-TWP-CSW |

## ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF DEFENDANT ASCENSION HEALTH MINISTRY SERVICE CENTER, LLC AND TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI

Before the Court is the parties' *Joint Stipulation For Dismissal of Defendant Ascension Health Ministry Service Center, LLC and Transferring Case to the United States District Court for the Eastern District of Missouri*. The Court, having reviewed same and being duly advised in the premises, hereby **GRANTS** said Motion.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Defendant Ascension Health Ministry Service Center, LLC is dismissed from this cause and this matter is transferred to the United States District Court for the Eastern District of Missouri.

**SO ORDERED.**

Date: 7/18/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

*Distribution to all counsel of record by operation of the Court's ECF system.*